## Tennessee & Coosa R. R. Co. v. Rice.

APPEAL from Marshall Circuit Court.

Tried before the Hon. JOHN B. TALLY.

WILLIAM RICHARDSON, for appellant.

W. A. GUNTER, *contra.*

Action by appellee against the appellant on a promissory note. There was judgment for plaintiff. Judgment affirmed.

Opinion by McCLELLAN, J.